NO. 07-11-0126-CV

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL A

 

MAY 16, 2011

______________________________

 

 

IN RE RICHARD DEWAYNE SNELSON, RELATOR

 

_________________________________

 

ORIGINAL PROCEEDING ARISING OUT OF PROCEEDINGS

BEFORE THE 181ST DISTRICT COURT OF RANDALL
COUNTY;

NO. 16,447-B; HONORABLE JOHN B. BOARD, JUDGE PRESIDING

_______________________________

 

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

            Relator,
Richard Dewayne Snelson, proceeding pro se and in forma pauperis files this original proceeding seeking to compel
the Honorable John B. Board to enter a ruling on motions filed challenging an Order to Withdraw Inmate Funds signed on
February 25, 2010, authorizing funds to be withdrawn from Relator's inmate
account to satisfy $2,228.50 for court cost, fines and fees.[1]  On March 21, 2011, the trial court entered a
ruling on Relator's challenges and signed an Amended Order to Withdraw Funds. 
Judge Board has performed his ministerial duty to rule on the pending
motion.  See Safety-Kleen Corp. v. Garcia, 945
S.W.2d 268, 269 (Tex.App.--San Antonio 1997, orig. proceeding).  A particular ruling, however, is generally
discretionary.  In re Washington, No. 09-07-0246-CV, 2007 Tex. App. LEXIS 6449, at
*2 (Tex.App.--Beaumont Aug. 16, 2007, orig. proceeding).  Consequently, Relator's request for mandamus
relief is rendered moot.

 

                                                                                    Patrick
A. Pirtle

                                                                                          Justice

 

 











[1]Snelson filed a motion to rescind the order of February 25,
2010, and then appealed the partial denial of that motion.  By an opinion issued today, this Court
disposed of that appeal.  See Snelson v.
State, No. 07-10-0259-CV, 2011 Tex. App. LEXIS __ (Tex.App.--Amarillo 2010,
no pet. h.).